**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| KENNETH PICKETT, | : | |
| | : | |
| | : | Civil Action No. 13-6556 (SDW)(MCA) |
| Plaintiff, | : | |
| v. | : | |
| | : | **ORDER** |
| MARRIOTT INTERNATIONAL, INC., ET | : | |
| AL., | : | |
| | : | May 29, 2014 |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

This matter comes before this Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed March 25, 2014, regarding Plaintiff Kenneth Pickett's ("Plaintiff") Motion to Remand this action to state court. No objections to the R&R have been filed.

The Court has reviewed the R&R and related documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS**, on this 29th day of May, 2014,

**ORDERED** that the R&R of Magistrate Judge Arleo is **ADOPTED** by this Court; and it is further

**ORDERED** that Plaintiff's Motion to Remand is **DENIED**.

**SO ORDERED.**

<u>s/Susan D. Wigenton, U.S.D.J.</u>

cc:     Magistrate Judge Madeline C. Arleo